UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No. 15-6090 |
| v. | |
| DENNIS WRIGHT,<br>     a/k/a "Hersh,"<br>     a/k/a "Coyote,"<br>MILTON LATHAM,<br>     a/k/a "Murder,"<br>GABRIEL HENDERSON,<br>     a/k/a "Gabe,"<br>VINCENT J. CARTER,<br>     a/k/a "Vince,"<br>     a/k/a "Vin,"<br>AHMAD MANN,<br>     a/k/a "P.O."<br>     a/k/a "P-Easy,"<br>SHAROD BROWN,<br>     a/k/a "Hot Rod,"<br>     a/k/a "Sharod Caraway," and<br>LARRY COLEMAN,<br>     a/k/a "LA" | Hon. Steven C. Mannion<br><br>**SEALING ORDER** |

This matter having come before the Court upon the application of the United States of America, by Paul J. Fishman, United States Attorney (Osmar J. Benvenuto, Assistant United States Attorney, appearing) for an order sealing the Criminal Complaint and related papers in this matter, and for good cause shown,

IT IS on this ___ day of May, 2015,

ORDERED that the Complaint in this matter and all related papers, with the exception of the arrest warrants and copies thereof, be filed under seal, and they are hereby sealed until the initial appearance of the individuals named in the warrants or until further order of this Court..

HONORABLE STEVEN C. MANNION
UNITED STATES MAGISTRATE JUDGE